In the Matter of BARRY W., Respondent, v BARBARA K., Appellant. —In a proceeding pursuant to section 651 of the Family Court Act, the appeal is from an order of the Family Court, Kings County, dated December 12, 1975, which, after a hearing, awarded petitioner custody of the parties' two minor children born out of wedlock. Order affirmed, without costs or disbursements. Prima facie, the mother of an illegitimate child is entitled to its custody and, when she is a proper and suitable person, the court will award custody to her as against the father, or anyone else. Whenever the question of custody is brought before the court, it acts as *parens patriae* to do what is in the best interest of the child. The rule which makes the welfare of the child of paramount importance and the paramount consideration in determining who is entitled to its custody applies to illegitimate, as well as to legitimate children *(People ex rel. Meredith v Meredith, 272 App Div 79)*. In accordance with that rule, and in the exercise of discretion, custody of the children in the case at bar was properly granted to the father. Hopkins, Acting P. J., Margett, Damiani, Shapiro and Titone, JJ., concur.

In the Matter of CLIFFORD WHITE, Appellant, v ALBERT AMMERMAN, as President of Suffolk County Community College, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel respondents to reinstate petitioner to the position of custodial worker, petitioner appeals from a judgment of the Supreme Court, Suffolk County, entered December 10, 1975, which dismissed the petition. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Lipetz at Special Term. Latham, Acting P. J., Damiani, Hawkins and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX FERRIRRA, Also Known as FELIX ANTONIO FERREIRRA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered October 30, 1975, convicting him of criminal possession of stolen property in the third degree, on his plea of guilty, and imposing sentence. Judgment affirmed. Defendant, upon entry of his plea of guilty, knowingly and voluntarily admitted that he had committed acts which constitute the crime of criminal possession of stolen property in the third degree. Martuscello, Acting P. J., Latham, Hawkins and O'Connor, JJ., concur.